**Slip Op. 01-97**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: RICHARD W. GOLDBERG, SENIOR JUDGE**

))))))))))))))))))))))))))))))))))))),
HEVEAFIL SDN. BHD., and       *
FILATI LASTEX SDN. BHD.,       *
      *
           Plaintiffs,      *
      *
           v.        *     Court No. 98-04-00908
      *
THE UNITED STATES,       *
      *
           Defendant.      *
      *
      *
))))))))))))))))))))))))))))))))))))-

**JUDGMENT ORDER**

Upon consideration of the Department of Commerce's <u>Final Results of Redetermination Pursuant to Court Remand, Heveafil Sdn. Bhd., and Filati Lastex Sdn. Bhd. v. United States, Slip. Op. 01-22 (CIT February 27, 2001)</u>, March 6, 2001 ("Remand Results"), and all other papers filed herein, and no parties having filed comments regarding the Remand Results, it is hereby

ORDERED that the Remand Results are sustained in all respects; and it is further

ORDERED that, all other issues having been decided in this case, judgment is entered in accordance with the Court's opinion in <u>Heveafil Sdn. Bhd., and Filati Lastex Sdn. Bhd. v. United States</u>, No. 98-04-00908, Slip. Op. 01-22 (CIT February 27, 2001).

 

                      _____
                      Richard W. Goldberg
                      SENIOR JUDGE

Dated: August 9, 2001
      New York, New York